May 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

FREDDIE ORLANDO REYES, Appellant

NO. 14-12-01028-CR                         V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard **ON REMAND** from the Court of Criminal Appeals on the transcript of the record of the court below. The record reveals no error in the judgment. The Court orders the judgment be **AFFIRMED**.

We further order appellant pay all costs expended in the appeal.
We further order this decision certified below for observance.